RANDY S. GROSSMAN
Acting United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
California State Bar No.: 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7167
Facsimile: (619) 546-7751
Email: steve.chu@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNE HAINES, an Individual<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY; UNITED STATES OF AMERICA<br><br>Defendant. | Case No.: 21-CV-1464-L-KSC<br><br>JOINT MOTION TO DISMISS |

**COME NOW THE PARTIES**, Plaintiff Jayne Haines, by and through her counsel Anabella Bonfa of Wellman & Warren LLP, Defendant Job Options, Inc., by and through their counsel Sharla N. Hilburn and Kaylee Riddle of Horton, Oberrecht & Kirkpatrick, and Defendant the United States, by and through its counsel, Randy S. Grossman, United States Attorney, and Steve B. Chu, Assistant United States Attorney, hereby jointly move the Court to dismiss this action with prejudice.

Good cause exists for this motion as the parties have resolved the issues identified in Plaintiff's operative Complaint by way of settlement, and agree that Defendants

should be dismissed with prejudice. The parties have further agreed that each party should bear its own attorneys' fees and costs of suit.

Plaintiff has agreed to dismiss the case pending payment from the defendants pursuant to the settlement terms in the executed Settlement Agreement and payment will be made by defendants within a reasonable period pursuant to the terms agreed between the parties.

Based upon the foregoing, it is respectfully requested that the Court enter an order dismissing this action with prejudice.

DATED:   February 2, 2023

WELLMAN & WARREN, LLP

s/ Anabella Bonfa

ANABELLA BONFA
Attorneys for Plaintiff

DATED:   February 2, 2023

HORTON, OBERRECHT & KIRKPATRICK

s/ Kaylee Riddle

KAYLEE RIDDLE
Attorneys for Defendant Job Options, Inc.

DATED:   February 2, 2023

RANDY S. GROSSMAN
Acting United States Attorney

s/ Steve B. Chu

STEVE B. CHU
Assistant United States Attorney
Attorneys for the United States

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from the foregoing signatories to affix their electronic signature to this document.

DATED: February 2, 2023

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

 s/ Steve B. Chu_____

STEVE B. CHU
Assistant U.S. Attorney
E-Mail: Steve.Chu@usdoj.gov
Counsel for Defendant the United States